## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                          CASE NO.  05-10139-RWZ

MORRIS ELLIS
            Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of  6/4/2007   to represent said defendant in this cause until further order of the Court.

                         SARAH A. THORNTON
                         CLERK OF COURT

          By:    /s/ Marc K. Duffy, Esq.
                Deputy Clerk

(AAppoint FPD (Ellis).wpd - 3/7/2005)