UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10139-RWZ

UNITED STATES OF AMERICA

v.

MORRIS ELLIS

ORDER

June 11, 2007

ZOBEL, D.J.

    The court found defendant, Morris Ellis, to have violated conditions of supervised release in three particulars.  The court further indicated that it intended to sentence him to a period of supervised release of two years with the first six months to be spent at Coolidge House.  To implement such a sentence defendant is ordered detained pending designation by the Bureau of Prisons of Coolidge House.  As soon as the designation issues, defendant will be finally sentenced and discharged from detention to Coolidge House.

|  |  |
|---|---|
|    June 11, 2007    |    /s/Rya W. Zobel    |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |