AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     IN CLERKS OFFICE MASSACHUSETTS

2008 JAN -4 P 1: 42

UNITED STATES OF AMERICA

V.

MORRIS ELLIS

U.S. **WARRANT FOR ARREST**
DISTRICT OF MASS.

Case     05CR10139-RWZ

To: The United States Marshal
     and any Authorized United States Officer

> YOU ARE HEREBY COMMANDED to arrest   <u>MORRIS ELLIS</u>
>
> Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation     X Probation Violation Petition

charging him or her      (brief description of offense)

failure to complete the Coolidge House; failure to notify the Probation Office of his whereabouts

in violation of ~~United~~ States Code, Section(s) _____ 3606 _____

LISA A. UR____
Name of Issuing Officer

<u>Deputy Clerk</u>
Title of Issuing Officer

<u>12/21/07 BOSTON</u>
Date and Location

Signature of Issuing Officer

Bail fixed at $ _____   by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| WARRANT EXECUTED BY USMS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/27/2007 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |